# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff ) <br> ) <br> -vs- ) <br> Henry Tarrio Jr. ) <br> Defendant ) | CASE NUMBER: CR 12-20947 <br><br> REPORT COMMENCING CRIMINAL ACTION <br><br> USMS # 98721-004 |

*********************************************************************

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
    U.S. DISTRICT COURT         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.
*********************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 1/11/2013  810  (a.m.)/p.m.

(2) LANGUAGE(S) SPOKEN: English and Spanish

(3) OFFENSE(S) CHARGED: ISTP Title 18 USC 371 [Cargo Theft] Conspiracy to Receive Stolen Goods

(4) UNITED STATES CITIZEN: (✓)YES   ( )NO   ( )UNKNOWN

(5) DATE OF BIRTH: 2/15/1984

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [✓] INDICTMENT   [ ] COMPLAINT   CASE # 12-20947
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER? [✓]YES [ ]NO
    AMOUNT OF BOND: $ 100,000 10% bond with Nebbia   WHO SET BOND? Magistrate Judge O'Sullivan

(7) REMARKS: _____

(8) DATE: 1/11/13   (9) ARRESTING OFFICER SA Arthur W. Hopewell

(10) AGENCY FBI Miami   (11) PHONE # 305/525-3176

(12) COMMENTS _____