AO 442 (Rev. 01/09) Arrest Warrant

FDA 9091073

FILED by CWL D.C.
JAN 24 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

12-20947 CR-LENARD
MAGISTRATE JUDGE
O'SULLIVAN

United States of America
v.
ADRIAN MARINO, a/k/a "Alex Gonzalez,"
HENRY TARRIO, JR., and ROBERTO MARINO,

Defendants.

Case No.

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  HENRY TARRIO, JR.                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Misbranding FDCA Devices While Held for Sale after Shipment in Interstate Commerce, in violation of 21 U.S.C. § 331(k), 333(a)(2), and 352(a);
Conspiracy to Receive, Possess, and Sell Stolen Goods, in violation of 18 U.S.C. § 371;
Possessing, Concealing, Storing, Selling, and Disposing of Stolen Goods, in violation of 18 U.S.C. § 2315;
Transporting, Transmitting, and Transferring Stolen Goods in Interstate Commerce, in violation of 18 U.S.C. § 2314; and
Receiving and Possessing Goods Stolen from an Interstate Shipment of Freight, in violation of 18 U.S.C. § 659.

Date: 12/21/12

RECEIVED
DEC 2012
S/FL
WARRANTS

_____
*Issuing officer's signature*

Steven M. Larimore, Clerk of the Court
*Printed name and title*

City and state:   Miami, Florida

| Return |
|---|
| This warrant was received on *(date)* 12-26-12 , and the person was arrested on *(date)* 01-11-13 at *(city and state)* Miami, FL by FBI . |
| Date: 01-16-13      BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*
NEIL DESOUSA, Acting U.S. Marshal, SD/FL
*Printed name and title* |