UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20947-CR-LENARD

FL. BAR NO. 347604

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HENRY TARRIO,

    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW, defendant Henry Tarrio by and through undersigned counsel and respectfully requests this Court grant him permission to travel while on bond and as grounds states;

1.    Defendant Henry Tarrio is released on bond in the above cause.

2.    Defendant, Henry Tarrio is in complete compliance with all of the conditions of bond.

3.    Mr. Tarrio respectfully requests this Court permit him to visit his grandfather on Father's Day weekend. He will be traveling along with his parents, sister, aunt, uncle and cousins. He will be flying to Houston, Texas on June 14, 2013 and returning June 18, 2013. He will be staying at his grandfather's home located at 7407 Guinevere Drive, Houston, Texas 77479.

4. Undersigned counsel has spoken with Assistant United States Attorney, Vanessa Johannes, who has no objection to permitting the defendant to travel as set forth herein.

WHEREFORE, undersigned counsel respectfully requests this Court grant permission to travel.

Respectfully submitted,

JEFFREY E. FEILER, P.A.
Attorney for Defendant
7685 S.W. 104th Street
Suite 200
Miami, Florida 33156
Tel:   (305) 670-7700
Fax:   (305) 669-8198

By: s/ Jeffrey E. Feiler
   JEFFREY E. FEILER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Jeffrey E. Feiler
JEFFREY E. FEILER