

# SHIPPING COMPANY HAS EXTRA DIABETIC STRIPS FOR SALE - $8 (miami)

Date: 2012-05-03, 10:38AM EDT
Reply to: km74z-2969048601@sale.craigslist.org [Errors when replying to ads?]

FREESTYLE TEST STRIPS FOR SALE 8$ A BOX EXP 12-2012 CLEAN + FACTORY SEALED
LOCAL PICKUP ONLY 300+ BOXES AVAILABLE
CALL 786 361 9342
NO EMAILS CALLS ONLY AND PLEASE NO RUNAROUNDS......DO NOT WASTE MY TIME
786 529 2412

- Location: miami
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2969048601

south florida craigslist > miami / dade > for sale / wanted > general for sale
please flag with care: [?]

miscategorized
prohibited
spam/overpost
best of craigslist

*Avoid scams and fraud by dealing locally!* Beware any deal involving Western Union, Moneygram, wire transfer, cashier check, money order, shipping, escrow, or any promise of transaction protection/certification/guarantee. More info

## diabetic test strips for sale - $9 (miami)

Date: 2012-02-06, 8:39AM EST
Reply to: 9wk4v-2828939978@sale.craigslist.org   [Errors when replying to ads?]

FREESTYLE TEST STRIPS FOR SALE 9$ A BOX EXP 12-2012
LOCAL PICKUP ONLY 300+ BOXES AVAILABLE
CALL 786 361 9342 FOR QUOTE
NO EMAILS CALLS ONLY AND PLEASE NO LOW BALLERS OR RUNAROUNDS

786 361 9342

- Location: miami
- it's NOT ok to contact this poster with services or other commercial interests

PostingID: 2828939978

- Copyright © 2012 craigslist, inc.
- terms of use
- privacy policy
- feedback forum