SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT: **HENRY TARRIO, JR.**

CASE NO. 12-20947-CR

| | |
|---|---|
| Deputy Clerk P.Mitchell | DATE   August 22,   2013 |
| Court Reporter Lisa Edwards | USPO  Sarah Garcia |
| AUSA  Vanessa Johannes | Deft Counsel   Jeff Feiler |
| Interpreter: none | Time  10:50am-1:25pm |

COUNTS DISMISSED     Remaining

Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

Sentencing cont'd until ___ at _____ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
| | | 30 | 1,2,3,5, concurrently |

Supervised Release  2yrs  Conditions  financial disclosure, no new debt, self employment restriction, search property, drug/alcohol treatment

Probation

| Years | Months | Counts |
|---|---|---|
| | | |

Conditions: _____

Assessment $ 4<u>00</u>     Restitution $            Fine $___

Restitution 10/7/13

CUSTODY

___ **Remanded to the Custody of the U.S. Marshal Service**
___ Release on bond pending appeal
 **x**  Voluntary Surrender to (designated institution or U.S. Marshal Service 10/21/13
 x   Recommendation:  FL or close to be near family, 500 hour drug/alcohol program