UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20947-CR-LENARD

UNITED STATES OF AMERICA,

MOTION FOR DISBURSEMENT OF BOND

v.

HENRY TARRIO, JR.,
_____/

COMES NOW, the undersigned and respectfully states to this Honorable Court that the above-named defendant has fully complied with all conditions of the appearance bond in this case, it is therefore requested that the defendant's cash bail heretofore posted by Gladys Pardo in the amount of Five Thousand Dollars ($5,000.00) plus accrued interest be refunded to:

The beneficiary's social security or tax identification number is as follows:

Gladys Pardo
(Name of Beneficiary)
1290 SW 142 Ct
(Address for mailing or Form 1099)
Miami, Fl 33184
(City)    (State)    (Zip)
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
(SS or Tax Identification)

(Petitioner or Attorney)

Consented to by:

Vanessa S. Johannes, Assistant United States Attorney.

## ORDER

In consideration of the foregoing motion, it is thereupon

ORDERED that the Clerk of this Court do forthwith make the above-mentioned disbursement.

DONE AND ORDERED at Miami, Florida this _____ day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE