PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 114507

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:02-20947-CR-LENARD-2

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Henry Tarrio, Jr.

Name of Sentencing Judicial Officer: The Honorable Joan A. Lenard, United States District Judge
Miami, Florida

Date of Original Sentence: August 22, 2013

Original Offense:     Count One: Misbranding FDCA devices while held for sale after shipment in interstate commerce, 21 U.S.C. § 331(k) (333)(a)(2) and 352(a), a Class E felony

Count Two: Conspiracy to receive, possess, and sell stolen property, 18 U.S.C. § 371, a Class D felony

Count Three: Possession and sale of stolen property, 18 U.S.C. § 2315, a Class C felony

Count Five: Transporting, Transmitting, and Transferring Stolen Goods in Interstate Commerce, 18 U.S.C. § 2314, a Class C felony

Original Sentence:     Thirty (30) months custody of the Bureau of Prisons, as to each counts One, Two, Three, and Five, all to run concurrently. Followed by two (2) years supervised release as to Counts One, Two, Three, and Five all concurrently, with the following special conditions: (1) provide financial disclosure, (2) no new debt, (3) permissible search, (4) self-employment restriction, and (5) substance abuse treatment. In addition, a $400.00 assessment was imposed.

On August 26, 2013, Amended Judgment in a Criminal Case was signed by Your Honor, based on a correction of sentence for clerical mistake.

On December 27, 2013, Amended Judgment in a Criminal Case was signed by Your Honor, based on a modification of restitution ordering the payment of $1,200,000.00 at the rate of 10% of monthly gross earning, until such time as the court may alter that payment schedule in the interest of justice.

On July 22, 2014, Order Granting Motion for Reduction of Sentence and Amending Order of Judgment and Commitment signed by Your Honor, reducing the defendant's term of imprisonment to 16 months. Further ordered and adjudged that all other provisions of the original Judgment and Commitment Order entered on August 26, 2013, shall remain in full force and effect.

Type of Supervision: Supervised Release      Date Supervision Commenced: December 12, 2013

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Location Monitoring Program for a period of 120 days. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the United States Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "call ID", or "call back/call block" services for the above period. The defendant shall wear a Location Monitoring device and follow the location monitoring procedures specified by the United States Probation Officer. The defendant shall pay for the location monitoring equipment at the prevailing rate, or in accordance with ability to pay.**

## CAUSE

1.  **Violation of Special Condition**, by applying for, soliciting or incurring further debt without first obtaining permission of the U.S. Probation Officer. On or about December 28, 2014, the defendant made an application for credit at SYNCB/CARE CREDIT and was given a line of credit in that amount of $2000.00, as evidenced by Credit Bureau Investigation (CBI) conducted on February 19, 2015, without first obtaining the permission from the U.S. Probation Officer.

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 114507

2. **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation officer. On or about January 28, 2016, the defendant travel to Colorado, without securing the permission of the probation officer or the court, as evidence by a verbal traffic violation warning given by Corporal Rob Debelak of the Colorado State Patrol.

Respectfully submitted,

by  Nelson O. Valenzuela  
Feb 19 2016 8:34 AM

Nelson Omar Valenzuela  
U.S. Probation Officer  
Office: (954) 769-5634  
Mobile: (754) 423-0550  
Date: February 18, 2016

THE COURT ORDERS:

[ ]  No Action  
[ ]  The Extension of Supervision as Noted Above  
[X]  The Modification of Conditions as Noted Above  
[ ]  Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

2/24/16  
_____  
Date